FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411

Attorneys for Defendant PHW Manager, LLC
(incorrectly named as Planet Hollywood Resort & Casino)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORINNE M. GRANICH,<br><br>                    Plaintiff,<br><br>vs.<br><br>PLANET HOLLYWOOD RESORT & CASINO,<br><br>                    Defendant. | Case No.: 2:10-cv-00912-PMP-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED AND AGREED between Plaintiff, Corinne M. Granich, and Defendant, PHW Manager, LLC (incorrectly named as Planet Hollywood Resort & Casino), through its counsel of record, Fisher & Phillips LLP, that Defendant shall be dismissed from this action, with prejudice, each party to bear its own attorney's

. . .

. . .

. . .

LasVegas 87720.1

1  fees and costs.

2  Dated this 24th day of January, 2011     Dated this 5 day of January, 2011

3  FISHER & PHILLIPS LLP

5  By: /s/ Anthony B. Golden                 By: /s/ Corinne M. Granieh
   Mark J. Ricciardi, Esq.                      Corinne M. Granieh
6  Anthony B. Golden, Esq.                      962 12th Street
   3800 Howard Hughes Parkway                   San Diego, California 91932
7  Suite 950
   Las Vegas, Nevada 89109                     Plaintiff in Pro Se
8  (702) 252-3131

9  Attorneys for Defendant

12 IT IS SO ORDERED:

13 /s/ Philip M. Pro
   _____
14 UNITED STATES DISTRICT JUDGE

15 Dated: January 25, 2011.

LasVegas 87720.1

- 2 -